**Bryan Grover Marley**
**Docket No. 113C 2:16CR14021-001**
**SD/FL PACTS No. 2305253**

```
C O N F I D E N T I A L
PROPERTY OF U.S. COURTS.

This document is not to be disclosed to any
party not officially involved in the pre and
post sentencing aspects of this case without
approval of the Court, Rule 32(e)
```

# ADDENDUM TO THE PRESENTENCE REPORT

This probation officer certifies that the presentence report and the addendum have been made available for disclosure to the defendant, through his attorney, and to counsel for the government.

## OBJECTIONS

### By the Government

The government filed an objection to the presentence report on October 3, 2016. The government requested that the following facts by added to the presentence report for consideration at sentencing: Directions for obtaining a Federal Firearms License are easily accessible through the internet by simply searching for how to get a Federal Firearms License. The defendant's laptop was located during the search of his residence. On his computer "desktop" he had the BATF manual titled "DO I NEED A LICENSE TO BUY AND SELL FIREARMS?" Also on the defendant's computer was an application for a Federal Firearms License. By way of this addendum, this information has been added to the presentence report, and this issue is resolved.

### By the Defendant

The defendant, though defense counsel, filed objections/clarifications to the presentence report on October 5, 2016. The defendant objects to paragraph 13 of the presentence report which indicates that he marked up the firearms he sold between 30-45 percent. The defendant contends this figure does not take into consideration sales tax and other fees charged to him at the time of the purchase of the firearms. Furthermore, he contends he sold the firearms for less than he advertised them, and on average, the mark-up was 20-25 percent.

### Probation Officer's Response

By way of this addendum, the defendant's position in this matter is made clear. This issue is resolved.

Bryan Grover Marley
Docket No. 113C 2:16CR14021-001
SD/FL PACTS No. 2305253
Page 2

## ADDENDUM TO THE PRESENTENCE REPORT

### By the Defendant

The defendant wishes to supplement paragraph 52 of the presentence report by indicating he has a second sibling, Angie Marley Scarborough, age 58, who resides in Sequim, Washington. The defendant wishes to clarify paragraph 63 of the presentence report by indicating K.T. Bible Academy went out of business about 20 years ago. The defendant wishes to correct paragraph 65 by indicating he earned $125,000 per year while employed by U.S. Foods. The defendant wishes to correct paragraph 67 by indicating he was employed as a minister for two years.

### Probation Officer's Response

By way of this addendum, paragraphs 52, 58, 63, 65 and 67 of the presentence report have been supplemented, clarified and/or corrected. These issues are resolved.

### Supplemental Information

With regard to the related cases, on October 11, 2016, Erik Desmond Flippin was sentenced to three years probation. On September 22, 2016, Wili Vignolo was sentenced to 18 months imprisonment and two years supervised release. On October 11, 2016, Randy Johnston was sentenced to three years probation. On October 19, 2016, Uriah Tobias Harris, Jr., was sentenced to 15 months imprisonment and two years supervised release. By way of this addendum, paragraphs five through eight of the presentence report have been revised.

According to information provided by Dr. Erik Palosky, the defendant is a continuing patient who has been treated for Multi-Focal Motor Neuropathy, erectile dysfunction, hypertension, migraines, herpes simplex 2, and sleep apnea. By way of this addendum, paragraph 58 of the presentence report has been revised.

By way of this addendum, the face sheet of the presentence report has been revised to reflect the 2016 version of the Sentencing Guidelines manual will be in effect on the date of sentencing. However, this version of the manual does not impact the defendant's advisory guideline range.

Bryan Grover Marley
Docket No. 113C 2:16CR14021-001
SD/FL PACTS No. 2305253
Page 3

## ADDENDUM TO THE PRESENTENCE REPORT

CERTIFIED BY

_____
Edward Cooley
Senior U.S. Probation Officer

Reviewed and approved:

_____
Michael E. Santucci
Supervising U.S. Probation Officer

ADDENDUM DATE:                          October 27, 2016

DATE PSR AVAILABLE IN CM/ECF:           September 29, 2016